## LEWIS STEELMAN V. THE STATE.

No. 10778.   Delivered February 23, 1927.

**Burglary—Statement of Facts—Filed Too Late.**

Notice of appeal in this case was entered on the 9th day of October, 1926, and the statement of facts was not filed in the trial court until February 8, 1927. In the absence of a legal excuse for the delay, a statement of facts filed more than ninety days after notice of appeal cannot be considered by this court. See Art. 760, C. C. P., 1925.

Appeal from the District Court of Lamar County. Tried below before the Hon. George P. Blackburn, Judge.

Appeal from a conviction for burglary, penalty two years in the penitentiary.

The opinion states the case.

*R. P. Lewis* and *W. L. Willis* of Paris, for appellant.

*Sam D. Stinson*, State's Attorney, and *Robert M. Lyles*, Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The offense is burglary, punishment fixed at confinement in the penitentiary for a period of two years.

Notice of appeal was entered on the 9th day of October, 1926. The statement of facts was filed in the trial court on February 8, 1927. In the absence of a legal excuse for the delay, a statement of facts filed more than ninety days after notice of appeal cannot be considered by this court. The statute forbids its consideration. Art. 760, C. C. P., 1925.

The indictment is regular. There are no complaints of the procedure demanding a review.

The judgment is affirmed.                          *Affirmed.*